# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT BRYAN HOLT                                                                    PETITIONER

v.                                     NO. 5:08CV00095 SWW

LARRY NORRIS, Director of the                                                        RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Robert Bryan Holt is dismissed without prejudice, and his motion for discovery is denied.  Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 12th day of September, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE