# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT BRYAN HOLT                      PETITIONER

v.              NO. 5:08CV00095 SWW

LARRY NORRIS, Director of the               RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris.  The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Robert Bryan Holt is dismissed without prejudice.

IT IS SO ORDERED this 12th day of September, 2008.


                                             /s/Susan Webber Wright
                                             UNITED STATES DISTRICT JUDGE